JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA



NORA TOTH, an individual,

     Plaintiff,

    v.

DOLLAR TREE STORES, INC., and
DOES 1 through 100, inclusive,

     Defendants.

DOLLAR TREE STORES, INC.,

     Cross-Complainant,

    v.

ROES 1-20, Inclusive,

     Cross-Defendants.

Case No. 2:19-cv-06943-RGK (SKx)

*[Hon. R. Gary Klausner]*

**ORDER TO REMND CASE TO
STATE COURT**

Case No. 2:19-cv-06943-RGK (SKx)

**PROPOSED ORDER**

# ORDER

Pursuant to the stipulation of the parties and good cause appearing, it is hereby ordered that is action is remanded back to state court, Los Angeles County Superior Court, Case No. 18STCV09046 and that all matters currently scheduled in this federal action are taken off calendar.

DATED: September 27, 2019

By: _Gary Klausner_ _____

Honorable R. Gary Klausner

Submitted by:

Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
  *jml@manningllp.com*
Tanya Prouty (State Bar No. 309650)
  *tlp@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant and Cross-Complainant DOLLAR TREE STORES, INC.

